Abel Acosta, Clerk

75, 864-03

Court of Criminal Appeals
P.O. Box 12308 Capitol Station
Austin, Texas 78711

August 29, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 02 2015

Abel Acosta, Clerk

RE: Guzman Bartholomew Antonio
CCA NO WR-75,864-03
Trial Court Case No 1053411-A

Dear Clerk:

    I am writing in regards of the above case number. I received a notice from your office informing the CCA granted the Trial Court's request for an extension of time to file the supplemental record. The supplemental record was do in the CCA on Monday August 3, 2015.

    To this day I have not received any notice that the supplemental record was received by the CCA from court and/or the Attorney. Could you PLEASE give me a STATUS on if the supplemental record was filed and on what date it was received by the CCA and/or if another extension was filed?

    Thank you kindly for your assistance and time in this most urgent matter.

    P.S. I have enclosed a self stamped envelope for your convenience.

                Sincerely,

Bartholomew A. Guzman
TDCJ # 1399983
Wynne Unit
810 Fm 2821
Huntsville, Texas
77349

CC: Appeal file